IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER DARR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEAVER COUNTY AUTO,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 2:20-cv-01474-DSC<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

　　Defendant Beaver County Auto and Plaintiff Christopher Darr, through their attorneys, and pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the above-captioned matter, with prejudice.  The parties shall bear their own costs and attorneys' fees.

Dated May 6, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

*/s/ Prabhu Narahari*　　　　　　　　　　　　　　*/s/ Christian A. Angotti*
Prabhu Narahari (PA ID No. 323895)　　　　Emilie Hammerstein (PA ID No. 307499)
Manes & Narahari LLC　　　　　　　　　　　ehammerstein@littler.com
429 fourth avenue, Suite 300　　　　　　　　Christian A. Angotti (PA ID No. 322881)
pn@manesnarahari.com　　　　　　　　　　cangotti@littler.com
　　　　　　　　　　　　　　　　　　　　　　　**LITTLER MENDELSON, P.C.**
*Counsel for Plaintiff, Christopher Darr*　　　625 Liberty Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  412.201.7631/7623
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  412.456.2377

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant, Beaver County Auto*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL** using the CM/ECF system, which will send notification of such filing to the following:

>Emilie Hammerstein
>ehammerstein@littler.com
>Christian A. Angotti
>cangotti@littler.com
>**LITTLER MENDELSON, P.C.**
>625 Liberty Avenue, 26th Floor
>Pittsburgh, PA 15222
>Telephone:  412.201.7631/7623
>Facsimile:  412.456.2377
>
>*Counsel for Defendant, Beaver County Auto*
>
>*/s/ Prabhu Narahari*
>Prabhu Narahari, Esq.