IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER DARR,<br><br>    Plaintiff,<br><br>v.<br><br>BEAVER COUNTY AUTO,<br><br>    Defendant. | Civil Action No. 2:20-cv-01474-DSC |

## STIPULATION OF DISMISSAL

Defendant Beaver County Auto and Plaintiff Christopher Darr, through their attorneys, and pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the above-captioned matter, with prejudice. The parties shall bear their own costs and attorneys' fees.

Dated May 6, 2021.

                                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Prabhu Narahari*<br>Prabhu Narahari (PA ID No. 323895)<br>Manes & Narahari LLC<br>429 fourth avenue, Suite 300<br>pn@manesnarahari.com<br><br>*Counsel for Plaintiff, Christopher Darr* | */s/ Christian A. Angotti*<br>Emilie Hammerstein (PA ID No. 307499)<br>ehammerstein@littler.com<br>Christian A. Angotti (PA ID No. 322881)<br>cangotti@littler.com<br>**LITTLER MENDELSON, P.C.**<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA  15222<br>Telephone:  412.201.7631/7623<br>Facsimile:  412.456.2377<br><br>*Counsel for Defendant, Beaver County Auto* |

Date: 5/7/21                      SO ORDERED:
                                    s/ David S. Cercone
                                    Sr. U.S. District Judge